**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 2, 2022.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00728-CV
_____

**LANCE BREMER AND ALVAREZ STAUFFER BREMER, PLLC,**
**Appellants**

**V.**

**CHARLES A. WATSON, Appellee**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-28746-C**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed November 15, 2021, consisting of underlying interlocutory summary judgments and the November 15, 2021 order of severance. On December 14, 2021, Charles A. Watson filed a notice of appeal. On December 15, 2021, Lance Bremer and Alvarez Stauffer Bremer, PLLC ("Attorneys") filed a notice of appeal.

On June 14, 2022, appellant Watson filed an unopposed motion to dismiss his appeal. On June 28, 2022, Attorneys filed a motion to dismiss their appeal conditioned on this court's dismissal of Watson's appeal.

On July 12, 2022, we granted Watson's motion to dismiss. We now grant Attorneys' motion to dismiss. *See* Tex. R. App. P. 42.1(a)(1).

Having granted both motions, the appeal is dismissed.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Spain.